

ORIGINAL

```
JOHN HARRIS PAER     #1551-0
41 B Kepola Place
Honolulu, Hawaii   96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com
```

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 15 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM CRIM,<br><br>          Plaintiff,<br><br>     vs.<br><br>BKB & ASSOCIATES, INC.,<br><br>          Defendant. | CIVIL NO. 07-00302 HG-KSC<br><br>NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through his undersigned attorney, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above action without prejudice. Defendant has not responded. There are no remaining issues and parties.

DATED: Honolulu, Hawaii, _October 8, 2007_

_____
JOHN HARRIS PAER
Attorney for Plaintiff